**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN THE MATTER OF                          No. C 14-80219
11   In the Matter of Edward Medina - #204880      **ORDER RE REASSIGNMENT**
12   _____/
13          This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.
14
15          **IT IS SO ORDERED.**
16
17   Dated:   September 18, 2014.
18                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28